United States District Court
Southern District of Texas

**ENTERED**
September 24, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| MIGNON SCOTT,<br>　　　　Plaintiff | §<br>§<br>§ | |
| V. | § | C.A. No. 4:24cv2079 |
| | § | |
| MOVING SOLUTIONS VAN LINES LLC,<br>NEW DESTINY MOVING SERVICES<br>LLC, and ALL COAST MOVING GROUP<br>LLC,<br>　　　　Defendants | §<br>§<br>§<br>§<br>§ | |

## FINAL DEFAULT JUDGMENT

On this day came on to be heard the above-entitled and numbered cause wherein Mignon Scott is Plaintiff and Moving Solutions Van Lines LLC, New Destiny Moving Services LLC d/b/a Cross-Country Long-Distance Movers, and All Coast Moving Group LLC are Defendants. Plaintiff appeared by attorney and announced ready for trial. Defendants have failed to appear and answer and have wholly made default.

Complaint and Summons were served according to law and returned to the Court as required by law. The Clerk previously entered default against Defendants. The Court finds that the allegations of Plaintiff's Complaint have been admitted and that Plaintiff has proven her damages with good and sufficient evidence.

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff, Mignon Scott, have judgment against Defendants, Moving Solutions Van Lines LLC and All Coast Moving Group LLC, jointly and severally, in the principal amount of $8,485.50 for unlawful and excess moving charges; additional damages of twice the amount of her actual damages in the amount of $16,971.60; prejudgment interest at 8.5% per annum from September 30, 2023 to the day prior to the date this judgment is signed; postjudgment interest at 8.5% per annum from the date this judgment is signed until the judgment is paid in full; all costs of court; and reasonable and necessary attorney's fees in the amount of $6,000.00.

TRUE COPY I CERTIFY ATTEST:
NATHAN OCHSNER, Clerk of Court
By_____   OCT 29 2024
　　Deputy Clerk

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff, Mignon Scott, have judgment against Defendants, Moving Solutions Van Lines LLC and New Destiny Moving Services LLC d/b/a Cross-Country Long-Distance Movers, jointly and severally, in the additional principal amount of $22,065.99 for damage and loss of her household goods; prejudgment interest at 8.5% per annum from January 6, 2024 to the day prior to the date this judgment is signed; postjudgment interest at 8.5% per annum from the date this judgment is signed until the judgment is paid in full; all costs of court; and reasonable and necessary attorney's fees in the amount of $6,000.00.

All writs and processes necessary to the enforcement of this judgment shall issue as necessary. This is a final judgment disposing of all issues and all parties and is appealable. All relief not expressly granted is denied.

SIGNED this 24th day of September, 2024, at Houston, Texas.

UNITED STATES DISTRICT JUDGE

AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| Mignon Scott | ) | |
| v. | ) Case No.: | 4:24cv2079 |
| Moving Solutions Van Lines LLC, New | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on **09/24/2024** against *Moving Solutions Van Lines LLC, New Destiny Moving Services LLC, and All C*,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................ | $ 405.00 |
| Fees for service of summons and subpoena .................................. | 165.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | |
| Fees and disbursements for printing ...................................... | |
| Fees for witnesses *(itemize on page two)* ................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ................................ | |
| Docket fees under 28 U.S.C. § 1923 ..................................... | |
| Costs as shown on Mandate of Court of Appeals ............................. | |
| Compensation of court-appointed experts .................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 .... | |
| Other costs *(please itemize)* ............................................ | |
| TOTAL | $ 570.00 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.
**Federal Statutory Filing Fee & Texas Secretary of State Statutory Service Fee.**

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service
[ ] First class mail, postage prepaid
[ ] Other:

s/ Attorney: Robert G. Moll
Name of Attorney: Robert G. Moll

For: Mignon Scott
*Name of Claiming Party*

Date: 09/25/2024

TRUE COPY I CERTIFY ATTEST:
NATHAN OCHSNER, Clerk of Court
By_____ Deputy Clerk  OCT 29 2024

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
*Clerk of Court*    *Deputy Clerk*    *Date*

AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

[Print]  [Save As...]                                                                                           [Reset]