LAW OFFICES OF
# TIMOTHY D. BARROW

OASIS COMMONS – SUITE 3
148 MAIN STREET
LEBANON, NJ 08833

ADMITTED TO PRACTICE:
NEW JERSEY
PENNSYLVANIA
NEW YORK

TEL (908) 236-2229
TEL (646) 613-8434
FAX (908) 236-7866

E-MAIL:
tdbarrow@ocean-law.com
tdbarrow@transport-law.com
tdbarrow@multimodal-law.com

**BY HAND DELIVERY**

November 20, 2024

Clerk, U.S. District Court
50 Walnut Street
Newark, New Jersey 07102

        RE:    MIGNON SCOTT
                 v.
                MOVING SOLUTIONS VAN LINES LLC, et al.
                U.S.D.C. – SD OF TEXAS
                C.A. # 4:24CV2079
                To be registered in the U.S.D.C.- D.NJ  Misc. #

                TDB ref: NJ/4830

Dear Sir or Madam:

With reference to the captioned matter, I represent the judgment creditor Mignon Scott and hereby submit the required original paperwork and registration fee to register this Final Default Judgment entered by the U.S.D.C. for the Southern District of Texas here in the U.S.D.C. for the District of New Jersey. I am a registered ECF user with this Court and request that I be notified electronically once this matter is opened and assigned a miscellaneous case number so judgment creditor may proceed with enforcement subsequent to registration with this court.

Thank you for your cooperation regarding the above requests. Any questions, please advise or call me.

                                                            Very truly yours,

                                                            TIMOTHY D. BARROW

TDB: rmb

Enclosures: Clerk's Certification Of A Judgment To Be Registered In Another District dated Oct. 29, 2024
                – original with raised Seal
              Final Default Judgment – Clerk of Court certified copy
              Bill Of Costs – Clerk of Court certified copy
              Timothy D. Barrow Attorney Business check # 9836