**U.S. Department of Justice**
United States Marshals Service



# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MIGNON SCOTT | 2:24-MC-00117-JXN |
| DEFENDANT | TYPE OF PROCESS |
| MOVING SOLUTIONS VAN LINES LLC | WRIT OF EXECUTION |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
WELLS FARGO BANK
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
90 MAIN AVENUE, CLIFTON, NEW JERSEY 07014

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

TIMOTHY D. BARROW, ESQ.
148 Main Street, Lebanon, New Jersey 08833

| Number of process to be served with this Form 285 | -one- |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

BANK ACCOUNT # 1117413110 or any other bank account for MOVING SOLUTIONS VAN LINES LLC

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 908-236-2229
DATE: 1/21/2025

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 2
District of Origin No. 50
District to Serve No. 50
Signature of Authorized USMS Deputy or Clerk: E. Baskerville
Date: 2/14/25

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Julian Munoz, Personal Banker
Date: 3/14/25
Time: 1025 [X] am [ ] pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy
32448

Costs shown on attached USMS Cost Sheet >>

REMARKS
3/14/25 - 2 Deputies, Served at 1040 Broad St, Newark NJ 07102
~~Total mileage: .5 mile x2~~ = 1 mile (EB)
Hours: 1
Service Fee - $65.00

Total $534.30
Fee $65.00
Refund $469.30

Form USM-285
Rev. 03/21

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MIGNON SCOTT | 2:24-MC-00117-JXN |
| DEFENDANT | TYPE OF PROCESS |
| NEW DESTINY MOVING SERVICES LLC | WRIT OF EXECUTION |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
WELLS FARGO BANK
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
90 MAIN AVENUE, CLIFTON, NEW JERSEY 07014

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

TIMOTHY D. BARROW, ESQ.
148 Main Street, Lebanon, New Jersey 08833

Number of process to be served with this Form 285: -one-
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Any bank account(s) for NEW DESTINY MOVING SERVICES LLC

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
Timothy D. Barrow
TELEPHONE NUMBER: 908-236-2229
DATE: 1/21/2025

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 2
District of Origin No.: 50
District to Serve No.: 50
Signature of Authorized USMS Deputy or Clerk: E. Baskerville
Date: 2/14/25

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Julian Munoz, Personal Banker
Date: 3/14/25
Time: 1025 [X] am [ ] pm
Signature of U.S. Marshal or Deputy: 22748

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

3/14/25: 2 DUSMs at 1040 Broad St Newark NJ 07102
Total mileage = .5 miles × 2 = 1 mile
Hours: 1

Service Fee  -$65.00
Mileage      -  .70
Total         $65.70

Deposit  $600.00
Fees     $ 65.70
Total    $534.30

Form USM-285